MCGREGOR W. SCOTT
United States Attorney
Alexis Nelsen
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00186-AC |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| CALVIN JAMES SMITH, | DATE: February 4, 2021 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Alexis Nelsen, and defendant CALVIN JAMES SMITH, both individually and by and through his counsel of record, Douglas Beevers, hereby stipulate as follows:

1. The Complaint in this case was filed on December 10, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending that same day. The court set a preliminary hearing date of December 23, 2020.

2. By prior stipulation and order, the December 23 preliminary hearing date was continued to February 04, 2021, at 2:00 p.m. ECF # 9.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 11, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of

the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between February 4, 2021, and February 11, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  January 26, 2021           McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ *Alexis Nelsen*
                                   Alexis Nelsen
                                   Assistant United States Attorney

Dated:  January 26, 2021           /s/ *Douglas Beevers*
                                   Douglas Beevers
                                   Counsel for Defendant
                                   Calvin James Smith

**ORDER**

The Court has read and considered the above Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on January 27, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to February 11, 2021, at 2:00 p.m.

2. The time between February 4, 2021, and February 11, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  January 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE