1  MCGREGOR W. SCOTT
   United States Attorney
2  ALEXIS NELSEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00186-AC |
12 | Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
13 | v. | |
14 | CALVIN JAMES SMITH, | |
15 | Defendants. | DATE: February 11, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

17     Plaintiff United States of America, by and through its attorney of record, Assistant United States
18 Attorney ALEXIS NELSEN, and defendant CALVIN JAMES SMITH, both individually and by and
19 through his counsel of record, Douglas Beevers, hereby stipulate as follows:
20     1.    The Complaint in this case was filed on December 10, 2020, and defendant first appeared
21 before a judicial officer of the Court in which the charges in this case were pending that same day. The
22 court set a preliminary hearing date of December 23, 2020.
23     2.    By prior stipulation and order, the December 23 preliminary hearing date was continued
24 to February 4, 2021, at 2:00 p.m. ECF #9.
25     3.    By prior stipulation and order, the February 4, 2021, preliminary hearing was continued
26 to February 11, 2021, at 2:00 p.m. ECF # 14.
27     4.    By this stipulation, the parties jointly move for an extension of time of the preliminary
28 hearing date to March 11, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

1  of the Federal Rules of Criminal Procedure. The defense has received initial discovery in this case,

2  consisting of nine pages of discovery. The parties stipulate that the delay is required to allow the defense

3  reasonable time for preparation, including for the defense to review the discovery with the defendant,

4  and for the government's continuing investigation of the case. The parties further agree that the interests

5  of justice served by granting this continuance outweigh the best interests of the public and the defendant

6  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7      5. The parties agree that good cause exists for the extension of time, and that the extension

8  of time would not adversely affect the public interest in the prompt disposition of criminal cases.

9  Therefore, the parties request that the time between February 11, 2021, and March 11, 2021, be

10  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

11      IT IS SO STIPULATED.

Dated: February 10, 2021            McGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ *Alexis Nelsen*
                                                     ALEXIS NELSEN
                                                     Assistant United States Attorney

Dated: February 10, 2021            */s/ Douglas Beevers*
                                                     DOUGLAS BEEVERS
                                                     Counsel for Defendant
                                                     CALVIN JAMES SMITH

## [~~PROPOSED~~] ORDER

The Court has read and considered the above Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 10, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to March 11, 2021, at 2:00 p.m.

2. The time between February 11, 2021, and March 11, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: February 10, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE