1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ALEXIS NELSEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:20-MJ-00186 AC
12 |                    Plaintiff,       | STIPULATION AND [PROPOSED] ORDER FOR
   |                                     | EXTENSION OF TIME FOR PRELIMINARY
13 |              v.                     | HEARING PURSUANT TO RULE 5.1(d) AND
   |                                     | EXCLUSION OF TIME
14 | CALVIN JAMES SMITH,                 |
   |                                     | DATE: March 11, 2021
15 |                    Defendants.      | TIME: 2:00 p.m.
   |                                     | COURT: Hon. Jeremy D. Peterson
16

17     Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney ALEXIS NELSEN, and defendant CALVIN JAMES SMITH, both individually and by and

19 through his counsel of record, Douglas Beevers, hereby stipulate as follows:

20     1.    The Complaint in this case was filed on December 10, 2020, and defendant and defendant

21 first appeared before a judicial officer of the Court in which the charges in this case were pending that

22 same day. The court set a preliminary hearing date of December 23, 2020.

23     2.    By prior stipulations and orders, the preliminary hearing was continued to March 11,

24 2021, at 2:00 p.m. *See* ECF # 9, 14, 17.

25     3.    By this stipulation, the parties jointly move for an extension of time of the preliminary

26 hearing date to April 8, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of

27 the Federal Rules of Criminal Procedure. The defense has received initial discovery, as well as three

28 audio recordings. The parties stipulate that the delay is required to allow the defense reasonable time for

STIPULATION                                         1

preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 11, 2021, and April 8, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  March 8, 2021                            PHILLIP A. TALBERT
                                                 Acting United States Attorney


                                                 /s/ ALEXIS NELSEN
                                                 ALEXIS NELSEN
                                                 Assistant United States Attorney


Dated:  March 8, 2021                            /s/ DOUGLAS BEEVERS
                                                 DOUGLAS BEEVERS
                                                 Counsel for Defendant
                                                 CALVIN JAMES SMITH


## [PROPOSED] FINDINGS AND ORDER

The Court has read and considered the above Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 8, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to April 8, 2021, at 2:00 p.m.

2. The time between March 11, 2021, and April 8, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   March 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE